UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSEM A. ABULKHAIR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK AND ASSOCS.,<br><br>　　　　　　Defendant. | Civil Action No. 08-2548 (PGS)<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's motion to remand (Docket No. 5) and on Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 4). Good cause having been shown, and for the reasons set forth on the record at today's hearing, it is hereby

　　ORDERED that Plaintiff's motion to remand is denied; and it is further

　　ORDERED that Defendant's motion to dismiss is denied; and it is further

　　ORDERED that Defendant has 20 days from the entry of this Order to answer Plaintiff's Complaint.

12/18/08

_____
PETER G. SHERIDAN, U.S.D.J.